## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric M. Toole, being first duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI for approximately nine years and assigned to the Boston Division since October of 2000. I am currently assigned to the Violent Crimes Task Force ("Task Force"), which comprises personnel from the FBI, the Massachusetts State Police, the Boston, Somerville, Saugus, and Malden Police Departments, and the Middlesex County Sheriff's Department.

2. I am aware that Title 18, United States Code, Section 115(a)(1)(B), makes it a crime for anyone to threaten to assault an official whose killing would be a crime under Title 18, United States Code, Section 1114, including any officer or employee of the United States or of any agency in any branch of the United States Government, with intent to impede, intimidate, or interfere with such official while engaged in the performance of official duties, or with intent to retaliate against such official on account of the performance of official duties. Having so said, I make this affidavit in support of a criminal complaint charging THOMAS STEFANIK, year of birth 1949, and social security number ending in 0654, with making such threats on October 9, 2009 at approximately 4:15 p.m.

3. The facts stated herein are based on my personal involvement in this investigation, my review of police reports, and my discussions with other law enforcement officers involved in the investigation. In submitting this affidavit, I have not included each and every fact known to me about this investigation. Rather, I have submitted only those facts that I believe are sufficient to establish the requisite probable cause.

4. On October 9, 2009 at approximately 4:15 p.m., THOMAS STEFANIK called a

Case Manager ("Case Manager") at the United States Court of Appeals for the First Circuit, located in the John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, Massachusetts. The Case Manager recalled the incoming call bore area code (413), which I know generally to be an area code assigned to telephones in the western part of Massachusetts. The caller then provided the Case Manger with his case number. The Case Manager identified the caller as being THOMAS STEFANIK ("STEFANIK"). STEFANIK told the Case Manager that he had recently received a letter from the United States District Court in Springfield, Massachusetts indicating that he was being held in default for lack of payment in connection with his appeal from that court. STEFANIK advised that he had filed an in forma pauperis ("IFP") letter explaining to the court in Springfield that he was indigent and incapable of paying the cost associated with his appeal. The Case Manager explained to STEFANIK that he was in fact calling the United States Court of Appeals in Boston and not the District Court in Springfield. STEFANIK, who became progressively more agitated, said, in substance "Well, why don't you go to fucking Springfield and get it?" The Case Manger replied by asking, "Are you serious?" and laughed. STEFANIK then asked, in substance, "Why are you laughing? What's so fucking funny, you fucking nigger?" The Case Manager then terminated the call by hanging up the line.

5. The Case Manager then reported the inappropriate call to a Supervisor at the United States Court of Appeals, Boston, Massachusetts. The Supervisor ("Supervisor") then received an incoming call in which the caller identified himself as STEFANIK. The connection during this call was insufficient, and the Supervisor asked STEFANIK for his home telephone number and said that he would call him back. STEFANIK provided his home telephone number as being (413) 667-5335. The Supervisor advised STEFANIK that he would call him right back

2

at this number.

6. The Supervisor called (413) 667-5335, and the same person answered and identified himself as STEFANIK. STEFANIK explained that he was upset with his default status as he cannot afford to pay the bill associated with his appeal out of the United States District Court in Springfield. STEFANIK also explained that he was upset with his previous conversation with a person from the Court of Appeals, claiming that he was treated rudely. The Supervisor explained to STEFANIK why the default was issued. STEFANIK explained that he filed an "IFP" letter with the court in Springfield; however, a check of the database yielded negative results for any such "IFP" letter on behalf of STEFANIK's appeal. STEFANIK then became more agitated and asked, in substance, "What kind of douchebags do you hire there? I will come down there with my shotgun and show you who means business." The Supervisor paused for a moment and again advised STEFANIK to refile a motion with the Court in Springfield for reconsideration in his appeal. STEFANIK then stated, in substance, "You are lucky I am only talking to you on the phone and not driving down there with my shotgun," and referred to the Supervisor by his last name. The Supervisor again paused, then explained to STEFANIK that STEFANIK had now threatened him twice and that he should cease from threatening anybody in that office. STEFANIK stated, in substance, "You will advise me of nothing," uttered some more vulgarities, and hung up the line.

7. A reverse telephone directory reveals that telephone number (413) 667-5335 is assigned to THOMAS STEFANIK, Grandview Avenue, Huntington, Massachusetts.

8. The PACER system for the United States Courts reveals that STEFANIK has been a pro se plaintiff in a number of civil actions, including cases bearing docket numbers 3:08-

30106-MAP and 3:08-30107-MAP. In each of these cases STEFANIK lists his telephone number as 413-667-5335. According to the dockets for both of these cases, on October 8, 2009 – the day before STEFANIK made the threats – United States District Judge Michael Ponsor issued endorsed orders denying motions by STEFANIK to prosecute his appeals in forma pauperis.

9. Based on the foregoing, there is probable cause to believe that on October 9, 2009, THOMAS STEFANIK did threaten to assault an official whose killing would be a crime under Title 18, United States Code, Section 1114, to wit, an officer and employee of the United States and of an agency in the judicial branch of the United States Government, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in violation of Title 18 of the United States Code, Section 115(a)(1)(B).

Subscribed and sworn under the pains and penalties of perjury this 14th day of October, 2009.

_____
ERIC M. TOOLE
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me this 14th day of October, 2009.

_____
JUDITH GAIL DEIN
Chief United States Magistrate Judge