UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br> v. </br></br> THOMAS STEFANIK | ) **09-CR-10379 PBS** </br> ) </br> ) VIOLATIONS: </br> ) </br> ) 18 U.S.C. § 115(a)(1)(B) - </br> ) Threatening Unite States </br> ) Official |

## INDICTMENT

<u>COUNT ONE</u>: (Title 18, United States Code § 115(a)(1)(B)) -
Threatening United States Official)

The Grand Jury charges that:

On or about October 9, 2009, at Boston, in the District of Massachusetts,

**THOMAS STEFANIK,**

defendant herein, did threaten to assault an official whose killing would be a crime under Title 18, United States Code, Section 1114, to wit, an officer and employee of the United States and of an agency in the judicial branch of the United States Government, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; December 2, 2009

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK          at 2:54 P.M.