JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf.     Case No. 09 CR 10379 PBS
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number   09-MJ-01097-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Thomas Stefanik          Juvenile  [ ] Yes  [x] No

Alias Name _____

Address _____

Birth date (Year only): 1949   SSN (last 4 #): 0654   Sex M   Race: White   Nationality: U.S.

**Defense Counsel if known:** Catherine Byrne, Esq.   **Address:** Federal Defender Office, 51 Sleeper Street, Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Robert E. Richardson         Bar Number if applicable _____

Interpreter: [ ] Yes [x] No   List language and/or dialect: _____

Victims: [ ] Yes [x] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes [ ] No

Matter to be SEALED: [ ] Yes [x] No

[ ] Warrant Requested   [ ] Regular Process   [x] In Custody

**Location Status:**

Arrest Date:   October 16, 2009

[x] Already in Federal Custody as   pretrial detainee   in   custody of U.S. Marshal
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:   [ ] Complaint   [ ] Information   [x] Indictment

Total # of Counts:   [ ] Petty ___   [ ] Misdemeanor ___   [x] Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/2/2009   Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Thomas Stefanik _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 115(a)(1)(B) | Threatening United States Official | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**