**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER ST, FIFTH FLOOR
**BOSTON, MASSACHUSETTS 02210**

TELEPHONE: 617-223-8061
FAX: 617-223-8080

April 6, 2010

Mr. Robert Richardson, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way
Boston, MA 02210

  RE: *United States v. Thomas Stefanik*, Docket No. 09-CR-10379

Dear Mr. Richardson:

  Pursuant to Local Rule 116.3(J)), I write to request the following additional discovery.

1. Complete telephone records from the Court of Appeals for 10/9/08 the date of the alleged incident.

2. Complete information about which employees at the Court of Appeals are attached to which telephone extension numbers. The affidavit alleges that defendant called 617-748-4058, see TS 04, but the telephone records indicate that he called 617-748-9057. Are these both main numbers for the office, or different extensions for particular employees?

3. Whether or not any employee(s) forwarded the telephone calls alleged to be from the defendant to Erica Darling and/or Frank Perry? If so, the names, telephone numbers at the Court of Appeals where the calls first came in, and contact information for these employees. If other employees took calls from the defendant and forwarded them to Darling and/or Perry, what was said during those calls.

4. Complete unredacted information regarding the guns alleged to have been owned by the defendant (including but not limited to TS 70). A complete explanation of the meaning of TS 70. An unredacted complete copy of the firearms sale inquiry with clear formatting which shows complete information about any gun purchase. What do the dates in TS 70 refer to? Is there any additional information about the purchaser? Copies of the documents that were filled out by the purchaser or relate to the purchase of each firearm referred to in TS 70 (for example something like ATF form 4473). These documents are necessary for the defense regardless of whether the government intends to use them. In addition, allegations of defendant's possession of firearms

-2-

were made in the complaint affidavit (¶ 11) and at the detention hearing and were considered in the judge's decision not to release the defendant.

5. The entire firearm record for Thomas Stefanik date of birth 6/9/1949 pertaining to his ownership of firearms.

6. An answer to defendant's letter to the government on March 4, 2010 requesting a bill of particulars (copy attached).

    The defendant does not intend to offer a defense of alibi.

    Thank you for your attention to this request. Please do not hesitate to call if you have questions about these requests or wish to discuss them.

                                                           THOMAS STEFANIK,
                                                           By his attorneys,

                                                           /s/ Catherine K. Byrne
                                                           Catherine K. Byrne
                                                             B.B.O. #543838
                                                           Jennifer C. Pucci
                                                             B.B.O. #669823
                                                          Federal Defender Office
                                                          51 Sleeper Street, Fifth Floor
                                                          Boston, MA  02210
                                                          Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

    I, Catherine K. Byrne, certify that a copy of this dicovery letter was served on all counsel of record via ECF filing on April 6, 2010.

                                                          /s/ Catherine K. Byrne
                                                          Catherine K. Byrne