UNITED STATES OF AMERICA

UNITED STATES V. THOMAS STEFANIK
CRIMINAL NO. 09-10379-PBS

DEFENDANT THOMAS STEFANIK'S
MOTION TO DISMISS

2010 JUN 15  A 11:30
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

COME NOW DEFENDANT THOMAS STEFANIK TO MOVE THIS HONORABLE COURT TO DISMISS THE COMPLAINT AGAINST DEFENDANT FOR REASON AS FOLLOWS;

THE DEFENDANT HAS FILE A MOTION AND REQUEST FOR SPEEDY TRIAL GRANTED BY JUDGE SARIS.

DEFENDANTS TRIAL WON'T COMMENCE UNTIL 71 DAYS FROM HIS REQUEST MINUS TIME OUT FOR DISCOVERY. THIS IS UNLAWFUL.

THE RIGHT TO A SPEEDY TRIAL IS MANITORY FOR PRISONERS CONFINE WITHOUT RIGHT TO BAIL SUCH AS DEFENDANTS CASE WITHIN THE 70 DAY STATUTE.

WHEREFORE, THIS DEFENDANT REQUEST IMMEDIATE DISMISSAL OF THE COMPLAINT AGAINST HIM.

Thomas Stefanik

26 LONG POND ROAD
PLYMOUTH, MA 02360

JUNE 12, 2010

CERTIFICATE OF SERVICE

I, THOMAS STEFANIK, CERTIFY THAT ON JUNE 12, 2010 WE MAILED BY FIRST CLASS PRE PAID MAIL A TRUE COPY TO CLERK OF COURT, ALSO MR. TOBIN D.A. C/O UNITED STATES ATTORNEY DISTRICT OF MASSACHUSETTS. UNITED STATES COURT HOUSE SUITE 9200, 1 COURT HOUSE WAY, BOSTON, MA. 02210 AND CATHRINE FEDERAL DEFENDERS OFFICE 51 SLEEPER ST, 5TH FLOOR, BOSTON, MA. 02210

*[signature]*

26 LONG POND RD
PLYMOUTH, MA 02361

FILED IN CLERKS OFFICE
2010 JUN 15 A 11:31
U.S. DISTRICT COURT
DISTRICT OF MASS.