**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER ST, FIFTH FLOOR
**BOSTON, MASSACHUSETTS 02210**

TELEPHONE: 617-223-8061
FAX: 617-223-8080

June 17, 2010

Mr. David Tobin, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way
Boston, MA 02210

    RE:    *United States v. Thomas Stefanik*, Docket No. 09-CR-10379-PBS

Dear Mr. Tobin:

    Pursuant to Local Rule 116.3(J), I write to request the following additional discovery.

1. Contact information including the full name, address and date of birth of Erica Dowling.

2. Information as to whether or not Ms. Dowling was terminated from her position at the Clerk's Office. If so, the reason for her termination.

3. The name of the employee who placed the call to the U. S. Marshal's office on October 9, 2010 from the Clerk's Office. It appears to have been either Susan Goldberg or Margaret Carter.

4. I have already requested Jencks material including copies of any writings, notes, reports, emails or logs written by the witnesses (Dowling, Perry and anyone else the government intends to call). Please also provide copies of any writings, notes, reports, emails or logs written by either Margaret Carter or Susan Goldberg pertaining to Mr. Stefanik or this case.

    I am still awaiting complete answers to my previous discovery requests #1-3 from defendant's April 6, 2010 discovery letter. Defendant's motion to compel was denied based upon Mr. Richardson's representation that those answers would be forthcoming.

    Please address any questions and cc copies of the above discovery to Jennifer Pucci as I will be out of the office from June 18 - June 25.

    Thank you for your attention to this request. Please do not hesitate to call if you have questions about these requests or wish to discuss them.

-2-

                                        THOMAS STEFANIK,
                                        By his attorneys,

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne
                                            B.B.O. #543838
                                        Jennifer C. Pucci
                                            B.B.O. #669823
                                        Federal Defender Office
                                        51 Sleeper Street, Fifth Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061


**CERTIFICATE OF SERVICE**

     I, Catherine K. Byrne, certify that a copy of this discovery letter was served on all counsel of record via ECF filing on June 17, 2010.

                                          /s/ Catherine K. Byrne
                                        Catherine K. Byrne