**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER ST, FIFTH FLOOR
**BOSTON, MASSACHUSETTS 02210**

TELEPHONE: 617-223-8061
FAX: 617-223-8080

June 22, 2010

Mr. David Tobin, Esq.
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way
Boston, MA 02210

      RE:    *United States v. Thomas Stefanik*, Docket No. 09-CR-10379-PBS

Dear Mr. Tobin:

      Pursuant to Local Rule 116.3(J), I write to request the following additional discovery:

1. Any emails relating to Mr. Stefanik or this case sent or received by Ms. Susan Goldberg, Mr. Richard Donovan, Ms. Margaret Carter, Mr. Steve Donaher, and/or Ms. Erika Dowling (Weron). In reviewing the materials attached to your June 21, 2010 discovery letter, it appears that several of these messages were sent by Mr. Perry in response to emails from other employees of the Clerk's Office or Marshals Service. *See* CLK00002 and CLK00003 (both emails contain "Re:" preface in email subject line, indicating that they were sent in response to a prior message). Please provide the original messages to which Mr. Perry was responding and any other email messages written by the above individuals relating to this case.

2. Any written report or other documentation created by Ms. Margaret Carter, Mr. Frank Perry, or any other member of the Clerk's Office relating to this incident or regarding Mr. Stefanik. *See* CLK00005 (noting that Ms. Carter was "putting together a write up" on this incident); CLK00006 (noting that FBI Agent Toole "wanted a narrative" of the events from Mr. Perry).

3. Name(s) of any persons employed by the Clerk's Office other than Mr. Frank Perry or Ms. Erika Dowling (Weron) who spoke with Mr. Stefanik on October 9, 2009. This is a follow-up to my request #3 in my April 6, 2010 discovery letter. I understand that Mr. Perry and Ms. Dowling may not remember how Mr. Stefanik's calls were forwarded to their extensions, but please provide the name(s) of the persons who were working in the Clerk's Office on the afternoon of October 9, 2009 and received the incoming phone call(s) from Mr. Stefanik.

-2-

Thank you for your attention to these requests.  Please do not hesitate to call if you have questions about these requests or wish to discuss them.

        THOMAS STEFANIK,
        By his attorneys,

        /s/ Jennifer C. Pucci
        Catherine K. Byrne
          B.B.O. #543838
        Jennifer C. Pucci
          B.B.O. #669823
        Federal Defender Office
        51 Sleeper Street, Fifth Floor
        Boston, MA  02210
        Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I, Jennifer C. Pucci, certify that a copy of this discovery letter was served on all counsel of record via ECF filing on June 22, 2010.

        /s/ Jennifer C. Pucci
        Jennifer C. Pucci